## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRAM KHALID, | : | CIVIL ACTION NO. 1:25-CV-202 |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| v. | : | |
| | : | |
| DAWAR ALI, | : | |
| | : | |
| **Defendant** | : | |

### MEMORANDUM

This matter comes before the court upon the Report and Recommendation ("R&R") (Doc. 10) of Magistrate Judge Phillip J. Caraballo, wherein Judge Caraballo recommends the court dismiss this action with prejudice for lack of subject matter jurisdiction and for failure to state a claim.

The court notes that no objections have been filed to date. See FED. R. CIV. P. 72(b)(2). Our court of appeals has made clear that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level." Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)). However, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the R&R, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes.

After reasoned consideration of Judge Caraballo's R&R, the court will adopt it in part. The court agrees with Judge Caraballo that *pro se* plaintiff Iram Khalid's complaint (Doc. 1) fails to invoke this court's subject matter jurisdiction. The facts contained in the complaint appear to describe domestic abuse and other torts that, while potentially legally redressable, are not federal claims. Therefore, the court lacks jurisdiction over this case and can proceed no further. That being said, the court will dismiss this case without prejudice, as is typical when a court lacks subject matter jurisdiction over a particular case. See In re Orthopedic "Bone Screw" Prods. Liab. Litig., 132 F.3d 152, 155-56 (3d Cir. 1997). An appropriate order shall issue.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania

May 29th, 2026

2